## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT COURT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| CHRISTOPHER M. PUTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION FILE NO. |
| CITY OF ATLANTA, a Municipal | ) | 1:10-CV-03243-RWS |
| Corporation of the State of Georgia; | ) | |
| ANWAR T. BRADLEY, Individually, | ) | |
| and in his official capacity as a Police | ) | |
| Officer; and RED DOOR GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiff, Christopher M. Putman, by and through his undersigned counsel, and Defendants consenting thereto, hereby dismisses with prejudice this action, due to the parties having reached an agreement and settlement as to all issues in this litigation. Each party shall bear their own attorneys' fees and costs.

Dated: March 15, 2013.

Respectfully Submitted:


/s/ James L. Ford, Sr.
James Lee Ford, Sr.
Georgia Bar No. 268050
*Attorney for Plaintiff*

JAMES LEE FORD,
A Professional Corporation
6111 Peachtree Dunwoody Road.
Building G, Suite 100
Atlanta, Georgia 30328
Telephone: (678) 281-8750
Facsimile: (678) 281-8755

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT COURT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER M. PUTMAN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION FILE NO. |
| CITY OF ATLANTA, a Municipal | ) | 1:10-CV-03243-RWS |
| Corporation of the State of Georgia; | ) | |
| ANWAR T. BRADLEY, Individually | ) | |
| and in his official capacity as a Police | ) | |
| Officer; AND RED DOOR GROUP, LLC, | ) | |
| | ) | |
|     Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2013, I electronically filed the *Plaintiff's Notice of Voluntary Dismissal With Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Robert N. Godfrey, Esq.
LaShawn W. Terry, Esq.
City of Atlanta Law Department
68 Mitchell Street, SW, Suite 4100
Atlanta, Georgia 30303

Jonathan H. Fain, Esq.
Jonathan H. Fain & Associates, P.C.
66 Lenox Road
Atlanta, Georgia 30324

Dated: March 15, 2013

/s/ James Lee Ford, Sr.
James Lee Ford, Sr.
Georgia Bar No. 268050

JAMES LEE FORD,
A Professional Corporation
6111 Peachtree Dunwoody Road.
Building G, Suite 100
Atlanta, Georgia 30328
Telephone: (678) 281-8750
Facsimile: (678) 281-8755